DECEMBER 19, 1985

No. 85–733. FARM STORES, INC. *v.* TEXACO INC. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 53.

DECEMBER 20, 1985

No. 85–173. KEY INTERNATIONAL MANUFACTURING, INC. *v.* MORSE/DIESEL, INC., ET AL. C. A. 2d Cir. Certiorari dismissed as to respondents Den-Al Realty Corp. and Carden Construction Corp. under this Court's Rule 53.